**Electronically Filed**
**Intermediate Court of Appeals**
**30485**
**16-MAY-2014**
**08:08 AM**

NO. 30485


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CLARENCE O. FURUYA AND LONA LUM FURUYA,
Plaintiffs-Appellees/Cross-Appellants,
v.
ASSOCIATION OF APARTMENT OWNERS OF PACIFIC MONARCH, INC.;
JAMES DOZIER; GRETA WITHERS; ELWIN STEMIG; FOIL CRAVER;
KAZUO SAWADA, Defendants-Appellants/Cross-Appellees,
and
JOHN DOES 1-100; JANE DOES 1-10; DOE PARTNERSHIPS 1-100;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL
UNITS 1-10, Defendants,

AND

ASSOCIATION OF APARTMENT OWNERS OF PACIFIC MONARCH, INC.,
Counterclaim Plaintiff-Appellant/Cross-Appellee,
v.
CLARENCE O. FURUYA and LONA LUM FURUYA,
Counterclaim Defendants-Appellees/Cross-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Counterclaim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1057)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Motion for Reconsideration
filed on May 6, 2014 by Plaintiffs-Appellees/Counterclaim
Defendants-Appellees/Cross-Appellants, Clarence O. Furuya and

Lona Lum Furuya ("Cross-Appellants"), and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, May 16, 2014.

Chief Judge

Associate Judge

Associate Judge

2